# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ABAYOMI HAKEEM ADEYEMI
           DBA: CJ WASHINGTON, INC.

               Debtor(s)                     CHAPTER 13

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE
               Movant
vs.

           ABAYOMI HAKEEM ADEYEMI       CASE NO: 1-16-01431-MDF
           DBA: CJ WASHINGTON, INC.

               Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, on October 4, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, by and through his attorney James K. Jones, Esquire, and respectfully represents the following:

1.     A Plan was filed on May 18, 2016.

2.     A Confirmation hearing was held and an Order was entered on July 27, 2016 directing that an amended plan be filed within thirty (30) days.

3.     As of the date of this Motion, an amended plan has not been filed.

4.     The delay in filing a confirmable plan in this case is prejudicial to creditors.

WHEREFORE, your Trustee respectfully requests your Honorable Court dismiss the case upon the basis that Debtors have failed to propose a confirmable Plan.

Respectfully submitted,

s/  James K. Jones, Esq.
Attorney for Trustee
Charles J. DeHart, III
Standing Chapter 13 Trustee
Ste. A, 8125 Adams Drive
Hummelstown, PA 17036
717-566-6097

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ABAYOMI HAKEEM ADEYEMI
           DBA: CJ WASHINGTON, INC.

                    CHAPTER 13

           Debtor(s)

           CHARLES J. DEHART, III
           CHAPTER 13 TRUSTEE          CASE NO: 1-16-01431-MDF
                 Movant

## NOTICE

NOTICE IS HEREBY GIVEN that Charles J. DeHart, III, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to file a confirmable Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a hearing has been scheduled on this matter for:

| | |
|---|---|
| Ronald Reagan Federal Bldg<br>Bankruptcy Courtroom, 3rd Floor<br>228 Walnut Street<br>Harrisburg, PA 17101 | Date:     November 9, 2016<br><br>Time:     09:30 AM |

Any objection/response to the above referenced matter must be filed and served on or before: *October 21, 2016.*

If you file and serve an objection/response within the time permitted, a hearing will be held at the above specified date, time and location.  If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the Motion without further notice or hearing, and may grant the relief requested.

                                      Charles J. DeHart, III, Trustee
                                      8125 Adams Drive, Suite A
                                      Hummelstown, PA  17036
                                      Phone:  (717) 566-6097

Dated:  October 4, 2016

**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

IN RE:    ABAYOMI HAKEEM          CHAPTER 13
           ADEYEMI
           DBA: CJ WASHINGTON, INC.

                                          CASE NO: 1-16-01431-MDF

          Debtor(s)

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
          Movant

## CERTIFICATE OF SERVICE

AND NOW, on October 4, 2016, I, Vickie Williams, hereby certify that I served a copy of the Trustee's Motion to Dismiss, Notice, and Proposed Order either electronically or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, first class mail, postage prepaid, addressed to the following:

JOHN M HYAMS ESQUIRE
555 GETTYSBURG PIKE
STE C-402
MECHANICSBURG, PA 17055-

ABAYOMI HAKEEM ADEYEMI
3944 SHEPPARD DRIVE
DOVER, PA 17315

                                Respectfully Submitted,
                                s/   Vickie Williams
                                for Charles J. DeHart, III, Trustee
                                8125 Adams Drive, Suite A
                                Hummelstown, PA 17036
                                Phone: (717) 566-6097

Dated: October 4, 2016

## UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    ABAYOMI HAKEEM ADEYEMI
        DBA: CJ WASHINGTON, INC.

          Debtor(s)               CHAPTER 13

        CHARLES J. DEHART, III
        CHAPTER 13 TRUSTEE
            Movant

        vs.

        ABAYOMI HAKEEM ADEYEMI      CASE NO: 1-16-01431-MDF
        DBA: CJ WASHINGTON, INC.

          Respondent(s)


## ORDER DISMISSING CASE


Upon consideration of the Trustee's Motion to Dismiss, it is hereby

ORDERED that the above-captioned bankruptcy be and hereby is DISMISSED.