# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

    Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

vs.

ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

CASE NO: 1-16-01431-MDF

    Respondent(s)

## WITHDRAWAL OF MOTION TO DISMISS

AND NOW, on October 25, 2016, comes Charles J. DeHart, III, Standing Chapter 13 Trustee, and requests that the Motion to Dismiss for

- FAILURE TO PRESENT A CONFIRMABLE PLAN

filed on or about October 4, 2016 be withdrawn. The default has been cured.

Respectfully Submitted,
/s/ Charles J. DeHart, III
Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: October 25, 2016

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

      Debtor(s)

CHAPTER 13

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
      Movant

CASE NO: 1-16-01431-MDF

ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

      Respondent(s)

## CERTIFICATE OF SERVICE

I hereby certify that the Attorney for the Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the below address on October 25, 2016.

I hereby certify that if Debtor is not represented by counsel, Debtor has been served a copy of this Withdrawal by First Class Mail, unless served electronically, at the address below on October 25, 2016.

ABAYOMI HAKEEM ADEYEMI
3944 SHEPPARD DRIVE
DOVER, PA 17315

JOHN M HYAMS ESQUIRE
555 GETTYSBURG PIKE
STE C-402
MECHANICSBURG, PA 17055-

      Respectfully Submitted,
      /s/ Vickie Williams
      for Charles J. DeHart, III, Trustee
      8125 Adams Drive, Suite A
      Hummelstown, PA 17036
      Phone: (717) 566-6097

Dated: October 25, 2016