# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Abayomi Hakeem Adeyemi | : | |
| | : | |
| | : | CASE NO: 1:16-bk-01431-MDF |
| | : | |
| Debtor | : | |

## **AMENDED NOTICE**

The hearing on confirmation of the Amended Plan of reorganization of Debtors is rescheduled for the date indicated below.

**March 21, 2017** is the deadline for filing objections to confirmation of the Amended Plan. The confirmation hearing on the Second Amended Plan ("Plan") has been scheduled for the Debtor(s) at the following date, time and location:

| | |
|---|---|
| United States Bankruptcy Court Date: | March 22, 2017 |
| Ronald Reagan Federal Building, | |
| Bankruptcy Courtroom (3rd Floor), | Time: 10:00 AM |
| Third & Walnut Streets, | |
| Harrisburg, PA 17101 | |

A copy of the Amended Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013-4*, *Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty-four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Any objections to confirmation of the plan will be heard at the above-scheduled confirmation
hearing. Counsel should be prepared to proceed on any unresolved objections to the plan at this time.

A copy of the Plan is enclosed with this Notice. A copy also may be obtained from the case docket
through PACER or from the Bankruptcy Clerk's Office.

Requests to participate in a hearing telephonically shall be made in accordance with Local
Bankruptcy Rule 9074-1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers. Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** | **For the Court:** |
|---|---|
| U.S. Bankruptcy Court | Clerk of the Bankruptcy Court: |
| Ronald Reagan Federal Building | Terrence S. Miller |
| PO Box 908 | |
| Harrisburg, PA 17108 | |
| (717) 901-2800 | |
| Hours Open: Monday-Friday 9:00 AM-4:00 PM | Date: February 21, 2017 |