```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                        Case No. 16-01431-RNO
Abayomi Hakeem Adeyemi                                        Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh            Page 1 of 1           Date Rcvd: Oct 17, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2017.
db             +Abayomi Hakeem Adeyemi,    3944 Sheppard Drive,    Dover, PA 17315-4698

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2017                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 17, 2017 at the address(es) listed below:
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Abayomi Hakeem Adeyemi jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Joshua I Goldman     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Attorney    Masterdry LLC ephillips@larrywwolf.com
              Thomas I Puleo    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ABAYOMI HAKEEM ADEYEMI | : | |
|    Debtor(s) | : | CASE NO. 1:16-bk-01431RNO |
| | : | |
| CHARLES J. DEHART, III | : | |
| CHAPTER 13 TRUSTEE | : | |
|    Movant | : | DOCKET NO: 57 |
| ABAYOMI HAKEEM ADEYEMI | : | MOTION TO DISMISS |
|    Respondent(s) | : | |

ORDER APPROVING STIPULATION BETWEEN DEBTOR AND TRUSTEE

At Harrisburg, PA in said District,

Upon consideration of the STIPULATION filed on October 16, 2017 between the Chapter 13 Trustee and the above-captioned Debtor(s), in reference to the Trustee's MOTION TO DISMISS for material default filed on or about August 17, 2017

IT IS HEREBY ORDERED that said Stipulation is APPROVED.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(MM)

Dated: October 17, 2017