## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Abayomi Hakeem Adeyemi <br>         <u>Debtor</u> | CHAPTER 13 |
| PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK <br>         <u>Movant</u> <br>    vs. | NO. 16-01431-RNO |
| Abayomi Hakeem Adeyemi <br>         <u>Debtor</u> | 11 U.S.C. Section 362 |
| Charles J. DeHart, III Esq. <br>         <u>Trustee</u> | |

## CERTIFICATE OF NON-CONCURRENCE

Neither Debtor(s), nor Trustee have concurred with the request for relief in this Motion.

                 Respectfully submitted,

                 **/s/ James C. Warmbrodt, Esquire**
                 James C. Warmbrodt, Esquire
                 Attorneys for Movant/Applicant