UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.   CHAPTER 13

    Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 1-16-01431-RNO

ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

    Respondent(s)

## CERTIFICATION OF DEFAULT

AND NOW on January 3, 2018, comes Charles J DeHart, III, Standing Chapter 13 Trustee and certifies that the above named debtor(s) entered into a Stipulation to resolve the Trustee's Motion to Dismiss for Material Default and subsequently Debtor(s) defaulted on the stipulation by failing to:

- amend the plan within 30 days curing arrears.
- make the regular monthly payments to the trustee during the remaining term of the plan.

As of January 3, 2018, the Debtor(s) is/are $14270.58 in arrears with a plan payment having last been made on Sep 18, 2017.

In accordance with said stipulation, the case may be dismissed upon certification of the Trustee without further notice or hearing.

Respectfully Submitted,
/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097

Dated: January 3, 2018

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

Debtor(s)

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
Movant

ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.

Respondent(s)

CHAPTER 13

CASE NO: 1-16-01431-RNO

**CERTIFICATE OF SERVICE**

I hereby certify that the Debtor and his/her counsel, have been served a copy of this Certification of Default by First Class Mail, unless served electronically, at the below address on January 3, 2018.

JOHN M HYAMS ESQUIRE
555 GETTYSBURG PIKE
STE C-402
MECHANICSBURG, PA  17055-

ABAYOMI HAKEEM ADEYEMI
3944 SHEPPARD DRIVE
DOVER, PA  17315

RESPECTFULLY SUBMITTED,

/s/ Liz Joyce
for Charles J. DeHart, III, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  January 3, 2018