In re:  Case No. 16-01431-RNO
Abayomi Hakeem Adeyemi  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: PRatchfor    Page 1 of 2    Date Rcvd: Jan 03, 2018
                    Form ID: pdf010    Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 05, 2018.

```
db            +Abayomi Hakeem Adeyemi,    3944 Sheppard Drive,    Dover, PA 17315-4698
aty           +Masterdry LLC,   c/o Larry W. Wolf, Esq.,    215 Broadway,    Hanover ,, PA  17331,
                UNITED STATES 17331-2503
4772791       +Anastasia Michaels,    129 West Patrick Street, #9,    Frederick, MD 21701-5682
4772792       +Anne K. Fiorenza, Esq, Assistant U.S. Tr,    228 Walnut Street, Room 1190,
                Harrisburg, Pennsylvania 17101-1722
4772793       +BP Fisher Law Group,    174 Waterfront Street,    Suite 400,    Oxon Hill, MD 20745-1161
4772794       +Bureau of Employer Tax Oper,    PO Box 68568,    Harrisburg, Pennsylvania 17106-8568
4772799      ++CONTINENTAL FINANCE COMPANY LLC,    PO BOX 8099,    NEWARK DE 19714-8099
               (address filed with court:  Continental Finance,    121 Continental Drive, Ste 108,
                Newark, DE 19713)
4772795       +Capital One Bank,    PO Box 30281,    Salt Lake City, UT 84130-0281
4772797       +Clagett Enterprises (HOA),    c/o Anastasia Michaels,    129 W. Patrick St., Ste 9,
                Frederick, MD 21701-5682
4772800       +Continental Finance, LLC,    PO Box 8099,    Newark, DE 19714-8099
4772803       +Cumberland Valley Heating & Air Conditio,    11005 Bower Ave,    Hagerstown, MD 21740-7625
4772806        Financial Recovery,    PO Box 1388,    Mt. Laurel, NJ 08054-7388
4772808       +First Premier,    3820 N Louise Ave,    Sioux Falls, South Dakota 57107-0145
4772809       +First Premier Bank,    601 S. Minnesota Ave,    Sioux Falls, SD 57104-4868
4818585        JPMorgan Chase Bank, NA. National Bankruptcy Dept.,    PO BOX 29505 AZ 1-1191,
                Phoenix, AZ 85038-9505
4772812       +James W. Stone,    29 W. Franklin Street,    Hagerstown, MD 21740-4835
4772813       +John M. Crabb's,    202 Broadway,    Hanover, PA 17331-2546
4772814       +KML Law Group, P.C.,    Suite 5000 BNY Independence Center,    701 Market Street,
                Philadelphia, PA 19106-1538
4772815       +Master Dry, LLC,    85 Lynnhaven Drive, Suite A,    Martinsburg, WV 25404-6412
4772816       +McIntire HVAC & Electric,    2 Mealey Parkway,    Hagerstown, MD 21742-3487
4772817       +Michael and Son Services,    6420 Erdman Ave,    Baltimore, MD 21205-3509
4772820       +OSS Health,    1861 Powder Mill Road,    York, PA 17402-4723
4772818       +Office of Attorney General,    Financial Enforcement Section, Strawberr,
                Harrisburg, Pennsylvania 17120-0001
4772825       +PNC MORTGAGE,    3232 NEWARK DR,    MIAMISBURG, Ohio 45342-5433
4809352       +Park Overlook Townhomes Association, Inc.,    care of Anastasia Michaels Atty at Law,
                7540 North Market Street, Suite C,    Frederick, MD 21701-4307
4772823       +Phil and Sons,    P.O. Box 195,    Bunker Hil, WV 25413-0195
4772824       +Physician Billing Services,    1803 Mt. Rose Ave, Suite B3,    York, PA 17403-3051
4772826        Security Fence Company,    710 Wise Avenue,    P.O. Box 395,    Red Lion, PA 17356-0395
4960349       +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84119-3284
4960350       +The Bank of New York Mellon as Trustee,    Serviced by Select Portfolio Servicing,,
                3217 S. Decker Lake Dr.,    Salt Lake City, UT 84115,    The Bank of New York Mellon as Trustee,
                84119-3284
4772828       +U.S. Department of Justice,    PO Box 227, Ben Frankling Station,
                Washington, District of Columbia 20044-0227
4772829        United States Attorney,    PO Box 11754,    Harrisburg, Pennsylvania 17108-1754
4772831        Wellspan Behavioral Health,    1803 Mt. Rose Ave, Ste B-3,    York , PA 17403-3051
4772832       +Wellspan Health/York Hospital,    1001 S. George Street,    York, PA 17403-3676
4772833       +York Hospital,    1001 S. George Street,    York, PA 17403-3645
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 18:46:38     Ditech Financial LLC,
                PO BOX 0049,    Palatine, IL 60078
4788446       +E-mail/Text: bnc@atlasacq.com Jan 03 2018 18:46:35      Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
4789359        E-mail/Text: bankruptcy@bbandt.com Jan 03 2018 18:46:37      BB&T Bankruptcy,    PO Box 1847,
                Wilson NC 27894
4772802       +E-mail/PDF: creditonebknotifications@resurgent.com Jan 03 2018 18:48:36      CREDIT ONE BANK,
                PO BOX 98872,    LAS VEGAS, NV 89193-8872
4772796       +E-mail/Text: bk.notifications@jpmchase.com Jan 03 2018 18:46:39      Chase Auto,    PO Box 901076,
                Fort Worth, Texas 76101-2076
4772801       +E-mail/Text: bankruptcy_notifications@ccsusa.com Jan 03 2018 18:46:48
                Credit Collection Service,    PO Box 9134,    Needham, Massachusetts 02494-9134
4772804        E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 18:46:38      Ditech,    P.O. Box 6172,
                Rapid City, SD 57709-6172
4772805       +E-mail/Text: bankruptcynotices@dcicollect.com Jan 03 2018 18:46:47      Diversified,
                PO Box 551268,    Jacksonville, Florida 32255-1268
4772807        E-mail/Text: bnc-bluestem@quantum3group.com Jan 03 2018 18:46:47      Fingerhut,    PO Box 166,
                Newark, NJ 07101-0166
4772810       +E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 18:46:38      Green Tree,    PO Box 6172,
                Rapid City, South Dakota 57709-6172
4772811        E-mail/Text: cio.bncmail@irs.gov Jan 03 2018 18:46:37      Internal Revenue Service,
                PO Box 7346,    Philadelphia, Pennsylvania 19101-7346
```

```
District/off: 0314-1           User: PRatchfor        Page 2 of 2              Date Rcvd: Jan 03, 2018
                               Form ID: pdf010        Total Noticed: 52
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
4809912         E-mail/PDF: resurgentbknotifications@resurgent.com Jan 03 2018 18:48:31
                 LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4772819        +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Jan 03 2018 18:46:42      Office of the U.S. Trustee,
                 228 Walnut Street, Room 1190,    Harrisburg, Pennsylvania 17101-1722
4772822         E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jan 03 2018 18:46:41      PA Department of Revenue,
                 Department 280946, Attn: Bankruptcy Divi,    Harrisburg, Pennsylvania 17128-0946
4816825        +E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 03 2018 18:46:44      Premier Bankcard, Llc,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
4821260         E-mail/Text: bankruptcy.bnc@ditech.com Jan 03 2018 18:46:38      The Bank of New York Mellon,
                 c/o Ditech Financial LLC,    PO Box 6154,   Rapid City, SD 57709-6154
4772830        +E-mail/Text: bnc-bluestem@quantum3group.com Jan 03 2018 18:46:47      WEBBNK/FHUT,
                 6250 RIDGEWOOD ROAD,    SAINT CLOUD, MN 56303-0820
                                                                                              TOTAL: 17

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4820215*       +Atlas Acquisitions LLC,    294 Union St.,    Hackensack, NJ 07601-4303
4772821*        OSS Health,   1861 Powder Mill Road,    York, PA 17402-4723
cr            ##+SELECT PORTFOLIO SERVICING, INC.,    3815 South West Temple,   Salt Lake City, UT 84115-4412
4772798       ##+Conisha Hargrove,    776 Monet Drive,   Hagerstown, MD 21740-6346
4772827       ##+The Fisher Law Group, PLCC,    9440 Pennsylvania Avenue, Suite 350,
                 Upper Marlboro, MD 20772-3659
                                                                                       TOTALS: 0, * 2, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 05, 2018                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 3, 2018 at the address(es) listed below:
```
              Atlas Acquisitions LLC    bk@atlasacq.com
              Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              James Warmbrodt     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com
              John Matthew Hyams    on behalf of Debtor 1 Abayomi Hakeem Adeyemi jmh@johnhyamslaw.com,
               mii@johnhyamslaw.com
              Joshua I Goldman     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Larry W. Wolf    on behalf of Attorney   Masterdry LLC ephillips@larrywwolf.com
              Thomas I Puleo    on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO
               NATIONAL CITY MORTGAGE, A DIVISION OF NATIONAL CITY BANK tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 8
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| ABAYOMI HAKEEM ADEYEMI DBA: CJ WASHINGTON, INC. | Chapter: 13 |
|---|---|
| Debtor(s) | Case No.: 1-16-bk-01431-RNO |

CHARLES J. DEHART, III
CHAPTER 13 TRUSTEE
   vs.   Movant(s)

ABAYOMI HAKEEM ADEYEMI
DBA: CJ WASHINGTON, INC.
   Respondent(s)

## ORDER DISMISSING CASE

Upon consideration of the Trustee's Certificate of Default of Stipulation in settlement of the Trustee's prior Motion to Dismiss Case for Material Default and it having been determined that this case should be dismissed,

**IT IS ORDERED** that the above-named case of the debtor(s) be and it hereby is dismissed.

By the Court,

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)

January 3, 2018